IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SAMMIE LERON BROWN, JR.,**  **PLAINTIFF**
**ADC# 142589**

V.  CASE NO. 4:17-CV-374-BD

**TIM RYLES, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 26th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE